# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MELROSE URBAN LIMITED
PARTNERSHIP I, MELROSE URBAN
LIMITED PARTNERSHIP II,
PEPPERMILL LIMITED
PARTNERSHIP I, PECAN ACRES
LIMITED PARTNERSHIP I, MONET
ACRES LIMITED PARTNERSHIP
II, RENOIR ACRES LIMITED
PARTNERSHIP II, ST. LANDRY
CROSSING LIMITED PARTNERSHIP
I, HIDEAWAY CROSSING LIMITED
PARTNERSHIP I, HIDEAWAY
CROSSING LIMITED PARTNERSHIP
II AND AAMAGIN PROPERTY
GROUP, LLC

VERSUS

HONORABLE DOUG WELBORN, IN
HIS CAPACITY AS CLERK OF
COURT FOR THE NINETEENTH
JUDICIAL DISTRICT COURT,
WILL J. BELTON, W.J. BELTON
COMPANY, LLC, URBAN
PARTNERS, LLC AND B & J
DEVELOPMENT AND CONTRACTING
CORPORATION

NO.  2020 CW 1261

JANUARY 13, 2021

---

In Re:    Melrose Urban Limited Partnership I, et al., applying
          for supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 695924.

---

BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.

**WRIT DISMISSED.**  This writ application is dismissed
pursuant to relators' correspondence advising that this writ
application is now moot.

JMM
GH
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT